**Keith JONES, Petitioner–Appellant,**

v.

**U.P. CHILDRESS, Warden, Respondent–Appellee.**

No. 06–40430
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 19, 2007.

Keith Jones, Beaumont, TX, pro se.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Keith Jones, federal prisoner # 07431–424, appeals the district court's denial of his 28 U.S.C. § 2241 petition, which challenged the 168–month sentence imposed after his guilty-plea conviction of racketeering. The district court, citing *Reyes–Requena v. United States*, 243 F.3d 893, 904 (5th Cir.2001), held that Jones had not

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

established that the remedy in 28 U.S.C. § 2255 was inadequate or ineffective to challenge his sentence.

Jones has failed to brief this issue on appeal. Therefore, he has abandoned the relevant issue. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.